IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAMON HOSEA MCGRAW                                                         PETITIONER
ADC #142102

v.                                    5:10-cv-00018-JMM-JJV

ARKANSAS DEPARTMENT OF CORRECTION                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 2nd day of February, 2010.

                                                                                       _____
                                                                                       JAMES M. MOODY
                                                                                       UNITED STATES DISTRICT JUDGE